NOT FOR PRINTED PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| RODNEY MAHAN, JOHN H. HENLEY, III, JOEL BARTON, JR., JOHN RIGGINS, AND JUSTIN SIKES | § § § § § | CASE NO. 9:20-CV-119-RC-ZJH<br><br>CAB |
| v. | § § | |
| TEXAS DEPARTMENT OF PUBLIC SAFETY, STEVEN MCCRAW, AND STEVEN MACH | § § § § | |

# ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. On October 29, 2020, Judge Hawthorn issued a Report and Recommendation (Doc. #22) denying Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. #10). To date, the parties have not filed objections to the report and recommendation and the time for doing so has passed.

After a *de novo* review, pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the court agrees with Judge Hawthorn's recommended disposition and **ACCEPTS** the Report and Recommendation (Doc. #22). Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. #10) is **DENIED**.

So ORDERED and SIGNED, Nov 23, 2020.

_____
Ron Clark
Senior Judge