IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| RODNEY MAHAN, JOHN H. HENLEY, III, JOEL BARTON, JR., JOHN RIGGINS, AND JUSTIN SIKES<br> *Plaintiffs* | § § § § § | |
| V. | § § | CIVIL ACTION NO. 9:20-CV-00119 |
| THE TEXAS DEPARTMENT OF PUBLIC SAFETY, STEVEN MCCRAW, AND STEVEN MACH<br> *Defendants* | § § § § § | JURY DEMANDED |

## PLAINTIFFS' CERTIFICATE OF SUPPLEMENTAL DISCLOSURES

Plaintiffs, Rodney Mahan, John H. Henley, III, Joel Barton, Jr., John Riggins, and Justin Sikes, certify that they have served their Fist Supplemental Disclosures on Defendants, the Texas Department of Public Safety, Steven McCraw, and Steven Mach, by and through their attorneys of record Seth Byron Dennis, Kelsey L. Warren, and Penny Malley, Law Enforcement Defense Division, Office of the Attorney General of Texas, P. O. Box 12548, Capitol Station, Austin, Texas 78711, as required by Federal Rule of Civil Procedure 26(a), as follows:

- Plaintiffs' Second Supplemental Disclosures; and
- Documents and other items Bates Labeled Troopers 000139 to Troopers 000158.

            Respectfully submitted,

            FRANKLIN LAW FIRM, PLLC

            */s/ Tanner Franklin*
            **Tanner G.M. Franklin**
            Texas Bar No. 24082506
            tfranklin@tfranklinlawfirm.com
            2528 Highway 103

Etoile, Texas 75944
(936) 854-3213 – Telephone
(888) 430-2559 – Fax

**JAMES &HIGHTOWER**
**ATTORNEYS AT LAW**

/s/ *Sean Hightower*_____
**Sean Hightower**
Texas Bar No. 24086497
seanhightower@yahoo.com
115 South St.
Nacogdoches, TX 75961-5539
(936) 560-3300 – Telephone
(936) 560-5600 – Fax

**ATTORNEYS FOR PLAINTIFFS**

2

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been filed electronically in accordance with the rules of this Court on this the 31st day of December, 2020.

SETH BYRON DENNIS
Assistant Attorney General
Texas State Bar No. 00790580
seth.dennis@oag.texas.gov

KELSEY L. WARREN
Assistant Attorney General
Texas State Bar No. 24095736
kelsey.warren@oag.texas.gov

PENNY MALEY
Assistant Attorney General
Texas State Bar No. 24105159
penny.maley@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax No. (512) 370-9814

*/s/ Janna Franklin*