## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| RODNEY MAHAN, *et al.*, | § | |
|    *Plaintiffs* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 9:20-CV-00119 |
| | § | |
| THE TEXAS DEPARTMENT OF | § | |
| PUBLIC SAFETY | § | |
|    *Defendant* | § | JURY DEMANDED |

### NOTICE OF COUNSEL APPEARANCE FOR PLAINTIFFS

To: The clerk of Court and all parties of record.

I am admitted to practice in this Court, and I hereby appear in this case as additional counsel for Plaintiffs Rodney Mahan, John H. Henley, III, Joel Barton, Jr., John Riggins, and Justin Sikes.

Tanner G. M. Franklin will continue to serve as lead counsel for Plaintiff.

Date: March 11, 2022

                                                                        Respectfully Submitted,

                                                                       **Ben Newman Attorney at Law, PLLC**

                                                                       /s/ Ben Newman
                                                                       Ben Newman
                                                                       State Bar No. 24099252
                                                                       ben@bnaalaw.com
                                                                       7500 Rialto Blvd. Bldg. 1, Ste. 250
                                                                       Austin, Texas 78735
                                                                       Phone: (512) 487-5050
                                                                       Fax: (512) 487-5233

                                                                       **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that true and correct copy of the foregoing has been served on all counsel in accordance with the Federal Rules of Procedure on March 11, 2022.

                                       /s/ Ben Newman
                                       Ben Newman