✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____Eastern_____ DISTRICT OF _____Texas_____

Rodney Mahan, et al

V.

DPS

## EXHIBIT AND WITNESS LIST

Case Number:  9:20-CV-00119

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Michael Truncale | Tanner Franklin | Penny Maley |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/18/22 | April Hargett | Jill Veazey |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Rdoney Mahan |
| | | | | | Joel Barton, Jr. |
| | | | | | John Riggins |
| | | | | | OIG Lt. Riccardo Lopez |
| | | | | | Lt. James Brazil |
| | | | | | Captain Michelle McDaniel |
| | | | | | Major Terry Truett |
| | | | | | Director Dwight Mathis |
| | | | | | Sgt. Robert Shugart |
| | | | | | |
| | | | | | MAY CALL |
| | | | | | Lt. Carl Currie |
| | | | | | Trooper Austin Lunsford |
| | | | | | Trooper Brian Barnes |
| | | | | | Sgt, Rebecca Gentry |
| | | | | | Captain Henry Scarbrough |
| | | | | | Trooper Corey Bean |
| | | | | | Trooper Matthew Murray |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages