AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

Rodney Mahan, *et al.*
V.
The Texas Department of Public Safety

**PLAINTIFFS' AMENDED WITNESS LIST**

Case Number: 9:20-CV-000119

| PRESIDING JUDGE  Michael J. Truncale | PLAINTIFFS' ATTORNEY  Tanner G.M. Franklin | DEFENDANT'S ATTORNEY  Penny Maley |
|---|---|---|
| TRIAL DATE (S)  June 21, 2022 | COURT REPORTER  April Hargett | COURTROOM DEPUTY  Jill Veazey |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | WITNESSES |
|---|---|---|---|---|---|
| | | | | | **WILL CALL** |
| | | | | | Rodney Mahan |
| | | | | | Joel ("JW") Barton, Jr. |
| | | | | | John Riggins |
| | | | | | |
| | | | | | OIG Lt. Riccardo ("Ric") Lopez |
| | | | | | Captain Michelle McDaniel |
| | | | | | Major Terry Truett |
| | | | | | Major Justin Chrane |
| | | | | | Former Chief Ron Joy |
| | | | | | Chief Dwight Mathis |
| | | | | | Director Steven McCraw (<u>by Deposition</u>) |
| | | | | | Lt. Stephen Wood |
| | | | | | Trooper Brooke Lathan |
| | | | | | Representative Travis Clady |
| | | | | | |
| | | | | | Lori Mahan |
| | | | | | Larry Dubose |
| | | | | | Lauren Barton |

|  |  |  |  |  | |
|--|--|--|--|--|--|
|  |  |  |  |  | Sharon Barton |
|  |  |  |  |  | Moriah Riggins |
|  |  |  |  |  | Weston Riggins |
|  |  |  |  |  | Lillian Riggins |
|  |  |  |  |  |  |
|  |  |  |  |  | **MAY CALL** |
|  |  |  |  |  | John Henley, III |
|  |  |  |  |  | Justin Sikes |
|  |  |  |  |  | Robert Shugart |
|  |  |  |  |  | James Brazil |
|  |  |  |  |  | Lt. Carl Currie |
|  |  |  |  |  | Austin Kyle Daniel |
|  |  |  |  |  | Taylor Buster |
|  |  |  |  |  | Dustin Ramos |
|  |  |  |  |  | Keith Jones |
|  |  |  |  |  | Austin Lunsford |
|  |  |  |  |  | Brian Barnes |
|  |  |  |  |  | Sheriff Jason Bridges |
|  |  |  |  |  | Rebecca Gentry |
|  |  |  |  |  | Jesse Fountain |
|  |  |  |  |  | Brady Stanaland |
|  |  |  |  |  | Cody Jenkins |
|  |  |  |  |  | Stephan Shires |
|  |  |  |  |  |  |
|  |  |  |  |  | Joel Barton, Sr. (Alternate Damage Witness) |
|  |  |  |  |  | Will Barton (Alternate Damage Witness) |
|  |  |  |  |  | Jimmy Barton (Alternate Damage Witness) |
|  |  |  |  |  | Ben Richardson (Alternate Damage Witness) |
|  |  |  |  |  | Laveda Raymond (Alternate Damage Witness) |