AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### EASTERN    DISTRICT OF    TEXAS

Rodney Mahan, *et al*.

V.

The Texas Department of Public Safety

**PLAINTIFFS' FIRST AMENDED EXHIBIT LIST**

Case Number:  9:20-CV-000119

| PRESIDING JUDGE | | | | | PLAINTIFFS' ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| Michael J. Truncale | | | | | Tanner G.M. Franklin | Penny Maley |
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| June 20, 2022 | | | | | April Hargett | Jill Veazey |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 1 | | | | | Lopez Report Narrative (Mahan 019-054) | |
| 2 | | | | | Lopez Report Narrative re Retaliation (Mahan 470-479) | |
| 3 | | | | | Full Lopez Report (Mahan 001-432) | |
| 4 | | | | | Full Lopez Retaliation Report (Mahan 460-626) | |
| 5 | | | | | Full Currie Report (Mahan 433-459) | |
| 6 | | | | | Currie Report Narrative (Mahan 439-451) | |
| 7 | | | | | INTENTIONALLY BLANK | |
| 8 | | | | | Riggins DRO (Mahan 2792-2800) | |
| 9 | | | | | 11-18-19 Chrane Memo re Lopez (Mahan 3679) | |
| 10 | | | | | INTENTIONALLY BLANK | |
| 11 | | | | | 12-10-18 Truett Letter re DRO (Mahan 437-438) | |
| 12 | | | | | INTENTIONALLY BLANK | |
| 13 | | | | | 11-18-19 Chrane Memo re Findings (Mahan 12-17) | |
| 14 | | | | | DPS General Orders (Troopers 240-240) | |
| 15 | | | | | Emails re Investigation and Additional Intake (Mahan 625-626) | |
| 16 | | | | | 2-18-19 Letter from Robbins to Meade (Mahan 79-81) | |
| 17 | | | | | 4-18-19 Letter from Shires to AG | |

| 18 | | | | | Emails re OAG re Shugart Case (Not Bates, produced by Defendants) |
|----|---|---|---|---|---|
| 19 | | | | | Emails re DRO (Not Bates, produced by Defendants) |
| 20 | | | | | Email assigning Lopez (Mahan 622) |
| 21 | | | | | 9-4-19 McCraw Letter to Bridges (Troopers 29) |
| 22 | | | | | 10-25-19 Shugart Email re Meeting with Chief Joy (Not Bates, produced by Defendants) |
| 23 | | | | | 4-3-20 Mathis Letter to Shugart (Mahan 6-10) |
| 24 | | | | | INTENTIONALLY BLANK |
| 25 | | | | | Recording McDaniel and Mahan |
| 26 | | | | | Recording McDaniel and Riggins |
| 27 | | | | | Portion of DPS General Manual (Troopers 139-781) |
| 28 | | | | | INTENTIONALLY BLANK |
| 29 | | | | | Emails re Barton and Crisis Negotiation (Mahan 3748-3750) |
| 30 | | | | | Barton Emails re CVE Transfer (Mahan 3788-3789) |
| 31 | | | | | Emails re CNU (Mahan 3776-3777) (**Added**) |