# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DIVISION: LUFKIN | DATE: 6/23/22 |
| DISTRICT JUDGE: MICHAEL J. TRUNCALE | COURT REPORTER: April Hargett |
| RODNEY MAHAN, ET AL<br>*Plaintiff* | CIVIL NO.: 9:20CV119 |
| | C/R DEPUTY: Jill Veazey |
| DEPARTMENT OF PUBLIC SAFETY, ET AL<br>*Defendant* | |

Begin:  8:45, 1:03
Adjourn: 11:24, 5:08
Total Time in Court:    6 HR  44 MINS

Attorneys for Plaintiff:  Tanner Franklin, Sean Hightower
Attorneys for Defendant:  Penelope Maley, Jason Bramow, David Shatto

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:  DAY 3 JURY TRIAL

8:45   Court begins. Direct of Major Terry Truett continued by Mr. Franklin.

8:48   Pltf Exhibit 27A marked & admitted.

9:32   Deft Exhibit 5 marked & admitted.

9:40   Cross-Exam by Mr. Bramow.

9:53   Side-bar held. Cross continued.

10:08  Court recessed. 10:30 Court resumed. Cross continued.

10:53  Side-bar held. 10:59 Cross continued. Re-Direct by Mr. Franklin.

11:21  Re-Cross by Mr. Bramow. Witness excused. Side-bar held.

11:23  Court addresses jury. 11:24 Court recessed.

1:03   Court resumed outside the presence of the jury.  Mr. Franklin addresses Court regarding objections to the video deposition.

1:28   Jury returned to courtroom. Mr. Franklin calls Rodney Mahan to testify. Witness sworn. Direct by Mr. Franklin.

1:38 Side-bar held. 1:39 Court recessed.

1:48   Court resumed. Direct continued by Mr. Franklin.

2:42    Cross-Exam by Ms. Maley.

2:54    Side-bar held. 2:59 Cross-Exam continued.

3:01    Re-Direct by Mr. Franklin.

3:03    Jury recessed. Court addresses parties. 3:05 Court recessed.

3:34    Mr. Franklin calls Larry Dubose to testify.

3:35    Witness sworn. Direct by Mr. Franklin. 3:41 Witness excused.

Mr. Franklin calls Lori Mahan to testify.

3:42    Witness sworn. Direct by Mr. Franklin. 3:51 Witness excused.

Mr. Franklin calls Travis Clady to testify.

3:52    Witness sworn. Direct by Mr. Hightower.

3:56    Cross-Exam by Ms. Maley. 3:58 Witness excused. Mr. Franklin Dir. Steven McCraw by video deposition.

3:59    Playback of deposition.

5:03    Jury recessed for the day. Court addresses parties.

5:08    Court adjourned.


DAVID O'TOOLE, CLERK

/s/ *Jill Veazey*

Deputy Clerk