# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DIVISION: LUFKIN | DATE:  6/24/22 |
| DISTRICT JUDGE: MICHAEL J. TRUNCALE | COURT REPORTER: April Hargett |
| RODNEY MAHAN, ET AL<br>*Plaintiff* | CIVIL NO.:  9:20CV119 |
| | C/R DEPUTY: Jill Veazey |
| DEPARTMENT OF PUBLIC SAFETY, ET AL<br>*Defendant* | |

Begin:  8:44, 1:58
Adjourn:  12:19, 3:09
Total Time in Court:   4 HR  36 MINS

Attorneys for Plaintiff:  Tanner Franklin, Sean Hightower
Attorneys for Defendant:  Penelope Maley, Jason Bramow, David Shatto

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:  DAY 4 JURY TRIAL

8:44    Court begins. Jury present. Mr. Franklin addresses Court. Pltf Exhibit 21 marked & admitted.

8:46    Mr. Franklin calls Joel Barton to testify. Witness sworn. Direct by Mr. Franklin.

9:13    Pltfs Exhibit 30 marked & admitted. 9:15 Pltfs Exhibit 31 marked & admitted.

9:25    Cross-Exam by Ms. Maley.

9:36    Re-Direct by Mr. Franklin. 9:39 Re-Cross by Ms. Maley.

9:39    Witness excused. Mr. Franklin calls Sharon Barton to testify.

9:41    Witness sworn. Direct by Mr. Franklin. 9:47 Witness excused.

Mr. Franklin calls Lauren Barton to testify. Witness sworn. Direct by Mr. Franklin.

10:02   Witness excused. Court recessed.

10:24   Court resumed. Mr. Franklin calls John Riggins to testify. Witness sworn. Direct by Mr. Franklin.

11:10   Cross-Exam by Mr. Bramow. 11:13 Deft Exhibit 9 marked & admitted.

11:22   Witness excused. Mr. Franklin calls Moriah Riggins to testify. Side-Bar held.

11:23   Court addresses parties. Witness sworn. Direct by Mr. Franklin. 11:35 Witness excused.

11:36   Mr. Franklin calls Weston Riggins to testify. Witness sworn.  Direct by Mr. Franklin.

11:39   Witness excused. Pltf Exhibit 19 marked & admitted. Deft Exhibit 10 marked & admitted.

11:42   Plaintiff Rest. Side-bar held.

11:43   Court addresses jury. Jury recessed.

11:45   Mr. Shatto addresses Court and states motion for judgment as a matter of law.

12:04   Mr. Franklin responds. 12:10 Mr. Shatto responds. 12:14 Mr. Franklin responds.

12:15   Mr. Shatto responds. Mr. Franklin responds.

12:19   Court denies motion. 12:23 Court recessed.

1:58    Court resumed. Ms. Maley calls James Brazil to testify. Witness sworn. Direct by Ms. Maley,

2:15    Cross-Exam by Mr. Hightower.

2:35    Witness excused. Defendant Rest. Court addresses jury. 2:40 Jury recessed.

Mr. Franklin and Mr. Bramow address the Court.

2:44    Court recessed. 2:57 Court resumed.  Court addresses the parties.

2:57    Court holds charge conference. Parties respond.

3:00    Mr. Shatto re-urges motion for judgment of matter of law.  Mr. Franklin responds.

3:05    Court denies motion. Court addresses parties.

3:09    Court adjourned.


DAVID O'TOOLE, CLERK

/s/ *Jill Veazey*

Deputy Clerk