# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

DIVISION: LUFKIN                                        §        DATE:  6/28/22
                                                       §
DISTRICT JUDGE: MICHAEL J. TRUNCALE        §        COURT REPORTER: April Hargett
                                                       §
RODNEY MAHAN, ET AL                            §        CIVIL NO.:   9:20CV119
*Plaintiff*                                            §
                                                       §        C/R DEPUTY: Jill Veazey
                                                       §
DEPARTMENT OF PUBLIC SAFETY, ET AL        §
*Defendant*

Begin:  9:19; 12:04
Adjourn: 10:47; 12:18
Total Time in Court:     1 HR   42 MINS

Attorneys for Plaintiff:  Tanner Franklin, Sean Hightower
Attorneys for Defendant:  Penelope Maley, Jason Bramow, David Shatto

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING
PROCEEDINGS WERE HAD:  DAY 5 JURY TRIAL

9:19    Court begins. Mr. Franklin and Mr. Bramow announce formally rested.

9:20    Court's instructions to the Jury.

9:48    Closing argument by Mr. Franklin.

10:10   Closing argument by Mr. Bramow.

10:35   Rebuttal argument by Mr. Franklin.

10:41   Judge gives closing instructions to jury.

10:45   Jury excused to begin deliberations. Court addresses parties.

10:47   Court recessed.

10:55   Jury Note #1 to Court, presiding juror.

11:39   Jury Note #2 to Court, verdict reached.

12:04   Court resumed outside the presence of the jury.  Court reads Jury Notes #1 & 2 onto the

record.

12:07   Jury returned to courtroom. Court addresses Jury.

12:08   Verdict Published. 12:12 Jury polled on request of defendant.

12:13   Verdict Filed.

Court gives closing remarks to the jury.

12:18   Court adjourned.

DAVID O'TOOLE, CLERK

/s/ *Jill Veazey*

Deputy Clerk