**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| RODNEY MAHAN, JOEL BARTON, JOHN RIGGINS, | § § § § § § § § § § § § § § | |
| *Plaintiffs*, | | CIVIL ACTION NO.  9:20-CV-00119-MJT |
| v. | | |
| DEPARTMENT OF PUBLIC SAFETY, DIRECTOR STEVEN MCCRAW, CHAIRMAN STEVEN MACH, | | JUDGE MICHAEL TRUNCALE |
| *Defendants*. | | |

## FINAL JUDGMENT

From June 21–28, 2022, the Court conducted a trial in the above referenced matter, including empaneling an impartial jury. After hearing the evidence from both parties, the jury returned its verdict in favor of Plaintiffs Rodney Mahan, Joel Barton, and John Riggins. The jury awarded each Plaintiff $500,000.00 in damages in "future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses." Tex. Gov. Code § 554.003. However, this amount exceeds the damages cap permitted by Texas law. *See id.* Therefore, this Court reduces the amount awarded by the jury to the appropriate sum of $250,000.00 per Plaintiff. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this final judgment.

It is therefore **ORDERED** that Plaintiff Rodney Mahan recover Two Hundred and Fifty Thousand Dollars ($250,000.00) and his costs from Defendants.

It is further **ORDERED** that Plaintiff Joel Barton recover Two Hundred and Fifty Thousand Dollars ($250,000.00) and his costs from Defendants.

It is further **ORDERED** that Plaintiff John Riggins recover Two Hundred and Fifty Thousand Dollars ($250,000.00) and his costs from Defendants.

This is a **FINAL JUDGMENT**.

**SIGNED this 20th day of July, 2022.**

Michael J. Truncale
United States District Judge