# Tanner Gerald McClure Franklin

**Exhibit 1A**

2528 Hwy 103 ♦ Etoile, TX  75944
(936) 854-3213
tfranklin@tfranklinlawfirm.com

## BAR ADMISSIONS
**State Bar of Texas** (November 2015)
Bar Number 24082506

U.S. District Court for the Eastern District of Texas (2017)
U.S. District Court for the Southern District of Texas (2017)
U.S. District Court for the Northern District of Texas (2018)
U.S. District Court for the Western District of Texas (2021)
U.S. Court of Federal Claims (2017)

## EDUCATION

| | |
|---|---|
| **Baylor University School of Law,** Waco, Texas | May 2015 |

Juris Doctorate, *Magna Cum Laude*
  *Academic Awards and Achievements*
  - James P. Alexander Memorial Award for Outstanding Performance in Baylor Law School's Practice Court Program
  - Abner V. McCall Evidence Award
  - Dean's List (all nine quarters)
  - High "A" in Appellate Advocacy and Procedure
  - High "A" in Advanced Criminal Procedure

| | |
|---|---|
| *Baylor Law Review* | 2013–2015 |
| • Executive Editor | 2014–2015 |
| *Order of the Barristers* | |
| *Student Bar Association* | 2012–2014 |
| | |
| **Texas A&M University**, Mays Business School, College Station, Texas | December 2010 |

Bachelor of Business Administration in Management

| | |
|---|---|
| *Sigma Phi Epsilon Fraternity* | 2008–2010 |
| • Executive Vice President (head of philanthropy and standards) | 2010 |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| *Managing Member*, **Franklin Law Firm, PLLC**, Etoile, Texas | May 2020-Present |
| *Associate,* **Bernsen Law Firm**, Beaumont, Texas | 2017–April 2020 |

- Oversaw a docket of over 50 personal injury, employment, and civil rights cases
- Served as first chair in two successful jury trials
- Served as second chair in a $1.4 million commercial trucking case jury trial
- Took or defended over 30 depositions in a variety of cases

| | |
|---|---|
| *Term Law Clerk,* **Honorable Marcia Crone, U.S. District Court**, Beaumont, Texas | August 2015–August 2017 |

- Oversaw and managed approximately 40 civil cases pending before the Court
- Engaged in extensive legal research involving complex legal issues
- Prepared, drafted, and edited numerous written opinions in civil and criminal cases

| | |
|---|---|
| *Judicial Intern,* **Honorable Marcia Crone, U.S. District Court**, Beaumont, Texas | Summer 2014 |
| *Summer Associate,* **Potter Minton Law Firm**, Tyler, Texas | Summer 2014 |
| *Legal Intern,* **Nacogdoches County Attorney's Office**, Nacogdoches, Texas | Summer 2013 |

- Authored two appellate briefs for cases before the Texas Court of Appeals (Tyler)

Tanner Franklin
Page 2

| | |
|---|---|
| *Judicial Intern,* **Honorable Campbell Cox, 145th District Court**, Nacogdoches, Texas | Summer 2013 |
| *Staff Assistant,* **Congressman Jeb Hensarling's Office**, Washington, DC | April 2011–May 2012 |

- Full-time staff position focused on front office operations and administration, including responding to constituent concerns and coordinating constituent services
- Selected, supervised, and managed office interns in various tasks and projects

## PUBLICATIONS & PRESENTATIONS

Presenter, *The Simple Dos and Don'ts and Answers to Commonly Asked Questions in Federal Court* (Oct. 2021), Jefferson County Bar Association/Jefferson County Young Lawyers Association (Beaumont, Texas).

Co-Panelist, *Texas Rules of Civil Procedure – Rules Update* (Nov. 2020), Jefferson County Bar Association (Beaumont, Texas).

Panel Speaker, *2017-2018 Trial Series: Direct Examination and Cross-Examination of Witnesses* (Feb. 2018). Panel speaker proper techniques for an effective direct and cross examination of witnesses for the Michelle F. Mehaffy American Inn of Court (Beaumont, Texas).

Panel Speaker, *2017-2018 Trial Series: Voir Dire* (Nov. 2017). Panel speaker on the law concerning jury strikes during jury selection for the Michelle F. Mehaffy American Inn of Court (Beaumont, Texas).

Note and Comment, *Rule 23(F): On the Way to Achieving Laudable Goals, Despite Multiple Interpretations*, 67 Baylor L. Rev. 412 (Spring 2015)

## LEGAL AND PROFFESIONAL ORGANIZATIONS

| | |
|---|---|
| Texas Employment Lawyers Association | 2021-Present |
| Texas Trial Lawyers Association | 2017-Present |
| Angelina County Bar Association | 2021-Present |
| Jefferson County Bar Association and Young Lawyers Association | 2015-Present |
| • JCYLA Vice-President | 2020-2021 |
| • JCYLA Board of Directors | 2017-2022 |
| Michelle F. Mehaffy American Inn of Court | 2015-Present |
| • Board Member | 2018-Present |
| • Secretary | 2018-2020 |
| Nacogdoches County Bar Association | 2021-Present |

## COMMUNITY INVOLVEMENT

| | |
|---|---|
| Etoile Water Supply Corporation | |
| • President of the Board of Directors | 2022-Present |
| • Elected Member of the Board of Directors | 2022-Present |
| San Augustine First United Methodist Church | 2020-Present |
| • Board of Trustees | 2022-Present |
| San Augustine, Texas Lions' Club | 2021-Present |
| • Third Vice-President | 2022-Present |
| • Board Member | 2021-2022 |