

**EXHIBIT 1B**

**INVOICE**

Invoice # 166  
Date: 07/26/2022  
Due On: 08/25/2022

## Franklin Law Firm, PLLC

P.O. Box 274  
Etoile, Texas 75944  
United States

Sean Hightower

## DPS Troopers

| Type | Date | Notes | Quantity |
|---|---|---|---|
| Service | 05/11/2020 | Call with Hightower | 0.30 |
| Service | 05/11/2020 | Set up Basic Client FIle | 0.20 |
| Service | 05/11/2020 | Reviewed Trooper Barton Timeline and made notes | 0.50 |
| Service | 05/11/2020 | Reviewed email from Hightower | 0.10 |
| Service | 05/18/2020 | Prepped for meeting with Troopers (1.0) | 0.30 |
| Service | 05/18/2020 | Meeting with Barton, Henley, Mahan, and Hightower | 2.50 |
| Service | 05/19/2020 | Prepared Contracts and forms for clients to sign | 1.00 |
| Service | 05/19/2020 | Sent emails to Clients | 0.20 |
| Service | 05/19/2020 | Scanned and reviewed Henley Docs (.6) | 0.40 |
| Service | 05/19/2020 | Scanned and reviewed Barton Docs | 0.30 |
| Service | 05/19/2020 | Read emails from Hightower and logged documents | 0.20 |
| Service | 05/20/2020 | Drafted Orig. Complaint | 1.50 |
| Service | 05/20/2020 | Met with Riggins | 1.30 |
| Service | 05/20/2020 | Read emails from Barton and logged documents | 0.30 |
| Service | 05/21/2020 | Drafted Orig. Complaint | 4.50 |

| | | | |
|---|---|---|---|
| Service | 05/21/2020 | Reviewed and logged Riggins documents (.7) | 0.40 |
| Service | 05/22/2020 | Reviewed and Edited Original Complaint | 1.00 |
| Service | 05/22/2020 | Drafted Orig. Complaint | 3.00 |
| Service | 05/22/2020 | Edited Orig Complaint | 1.00 |
| Service | 05/24/2020 | Edited Complaint | 0.50 |
| Service | 05/24/2020 | Emailed Clients draft of complaint to review | 0.40 |
| Service | 05/25/2020 | Met with Mahan and Barton to go over complaint | 1.00 |
| Service | 05/25/2020 | Edits to Complaint | 0.50 |
| Service | 05/26/2020 | Travel to and back from Center to meet with Ramos | 2.00 |
| Service | 05/26/2020 | Meeting with Trooper Ramos | 1.20 |
| Service | 05/26/2020 | Formatted Complaint for filing, filled out civil cover sheet, and summons, filed all documents (1.0) | 0.50 |
| Service | 05/29/2020 | Call with Ramos | 0.10 |
| Service | 05/31/2020 | Filed ROS | 0.20 |
| Service | 06/01/2020 | Call with Cody Jenkins | 0.10 |
| Service | 06/05/2020 | Call with Mahan | 0.20 |
| Service | 06/05/2020 | Call with Rodney Mahan | 0.30 |
| Service | 06/05/2020 | Call with Sean Hightower | 0.20 |
| Service | 06/09/2020 | Meeting with Trooper Smith | 0.50 |
| Service | 06/11/2020 | Reviewed responses from DPS to ORRs re Investigation. Saved and logged the letters | 0.30 |
| Service | 06/11/2020 | Emails with Henley re Retaliation | 0.10 |
| Service | 06/12/2020 | Scanned and saved documents and videos (.4) | 0.20 |
| Service | 06/15/2020 | Reviewed MTD and sent emails to OPC | 0.30 |
| Service | 06/16/2020 | Call with OPC | 0.20 |
| Service | 06/16/2020 | Call with Sean Hightower | 0.10 |
| Service | 06/16/2020 | Drafted and sent detailed email to clients with update | 0.10 |
| Service | 06/16/2020 | Call with Barton | 0.20 |
| Service | 06/16/2020 | Emails with Mahan | 0.20 |
| Service | 06/16/2020 | Call with Mahan | 0.30 |
| Service | 06/24/2020 | Call with Potential Witness | 0.50 |

| | | | |
|---|---|---|---|
| Service | 06/24/2020 | Drafted Amended Complaint | 0.20 |
| Service | 06/24/2020 | Call with Mahan | 0.20 |
| Service | 06/24/2020 | Meeting with Client | 0.50 |
| Service | 06/24/2020 | Drafted Amended Complaint | 1.00 |
| Service | 06/24/2020 | Drafted Amended Complaint and Reviewed Transcripts | 1.50 |
| Service | 06/24/2020 | Drafted Amended Complaint | 0.50 |
| Service | 06/25/2020 | Drafted Amended Petition | 2.00 |
| Service | 06/25/2020 | Call with Sean Hightower re Update | 0.10 |
| Service | 06/25/2020 | Reviewed and Edited Amended Complaint | 0.40 |
| Service | 06/26/2020 | Reviewed and Edited Amended Complaint | 0.50 |
| Service | 06/26/2020 | Filed Amended Complaint and sent summons to clerk | 0.50 |
| Service | 06/26/2020 | Call with Mahan | 0.30 |
| Service | 06/29/2020 | Drafted and filed response to MTD | 0.60 |
| Service | 07/02/2020 | Meeting with Rodney and JW | 1.00 |
| Service | 07/12/2020 | Reviewed Court's Order governing proceedings and calendared deadlines (.5) | 0.30 |
| Service | 07/14/2020 | Sent email to Seth re R26 Conference | 0.10 |
| Service | 07/14/2020 | Researched and Drafted Response to MTD (Both) | 3.80 |
| Service | 07/14/2020 | Researched and Drafted Response to MTD (Fed) | 1.50 |
| Service | 07/17/2020 | Drafted R26 (1.0) | 0.50 |
| Service | 07/17/2020 | Emails with OPC | 0.10 |
| Service | 07/17/2020 | R26 Call | 0.20 |
| Service | 07/17/2020 | Meeting with Sean Hightower | 0.50 |
| Service | 07/17/2020 | R26 prep | 0.10 |
| Service | 07/21/2020 | Emails with OPC and edits to R26 | 0.10 |
| Service | 07/21/2020 | Emails with OPC and edits to R26 | 0.10 |
| Service | 07/21/2020 | Reviewed and edited response to MTD | 0.30 |
| Service | 07/23/2020 | Formatted and filed response to MTD | 0.10 |
| Service | 07/27/2020 | Meeting with Barton | 0.20 |
| Service | 07/30/2020 | Drafted Initial Disclosures | 1.00 |

| | | | |
|---|---|---|---|
| Service | 07/30/2020 | Reviewed and prepared documents to produce (.9) | 0.50 |
| Service | 07/30/2020 | Call with Trooper Riggins | 0.20 |
| Service | 07/30/2020 | Reviewed Defendants' Disclosures | 0.10 |
| Service | 07/30/2020 | Prepared and served Plaintiffs' disclosures (1.0) | 0.80 |
| Service | 07/30/2020 | Filed Cert of Disclosures | 0.10 |
| Service | 08/02/2020 | Drafted Ltr Requesting Lopez and Currie Depos (.4) | 0.20 |
| Service | 08/03/2020 | Sent Ltr. Requesting Depo Dates | 0.10 |
| Service | 08/03/2020 | Reviewed and made notes re Defendant's production | 1.00 |
| Service | 08/03/2020 | Call with Mahan re Situation | 0.50 |
| Service | 08/09/2020 | Reviewed Documents from DPS | 1.00 |
| Service | 08/10/2020 | Reviewed Docs from DPS | 4.20 |
| Service | 08/11/2020 | Reviewed Docs from DPS | 0.50 |
| Service | 08/13/2020 | Call with Seth Dennis | 0.10 |
| Service | 08/14/2020 | Reviewed Motion to Stay Discovery and calendared response deadline | 0.30 |
| Service | 08/14/2020 | Reviewed Discovery Docs | 1.00 |
| Service | 08/17/2020 | Call with the Court | 0.20 |
| Service | 08/17/2020 | Call with SH | 0.10 |
| Service | 08/21/2020 | Meeting with Rodney | 0.80 |
| Service | 08/24/2020 | Email with Seth re depo dates | 0.10 |
| Service | 08/24/2020 | Drafted 2 depo notices for Lopez and Currie and sent to court reporter (Bill at Legal Secretary Rate) | 0.30 |
| Service | 08/25/2020 | Emails with OPC and court reporters re depos | 0.10 |
| Service | 08/25/2020 | Organized Barton docs in file | 0.10 |
| Service | 09/09/2020 | Lopez Depo Prep | 1.00 |
| Service | 09/10/2020 | Prep for Lopez Deposition | 1.00 |
| Service | 09/11/2020 | Prep for Lopez Deposition | 0.60 |
| Service | 09/11/2020 | Call with RM | 0.20 |
| Service | 09/12/2020 | Lopez Depo Prep | 0.40 |
| Service | 09/12/2020 | Prepare for Lopez Depo | 1.00 |
| Service | 09/12/2020 | Lopez Depo Prep | 1.50 |

| | | | |
|---|---|---|---|
| Service | 09/12/2020 | Lopez Depo Prep | 1.50 |
| Service | 09/13/2020 | Prep for Lopez Depo | 1.00 |
| Service | 09/13/2020 | Prep for Lopez Depo | 1.00 |
| Service | 09/14/2020 | Lopez Depo Prep | 0.50 |
| Service | 09/14/2020 | Lopez Depo Prep | 1.50 |
| Service | 09/14/2020 | Lopez Depo Prep | 0.80 |
| Service | 09/15/2020 | Lopez Depo Prep | 0.40 |
| Service | 09/15/2020 | Lopez Depo | 7.00 |
| Service | 09/16/2020 | Sent detailed email to Client re Depo and time to meet | 0.20 |
| Service | 09/16/2020 | Labeled Depo Exhibits and sent to Court Reporter | 0.20 |
| Service | 09/17/2020 | Meeting with Clients | 1.50 |
| Service | 09/24/2020 | Drafted letter requesting depo dates and supplementation | 0.30 |
| Service | 10/06/2020 | Emails with OPC re depositions | 0.30 |
| Service | 10/07/2020 | Email to Client with an update | 0.10 |
| Service | 10/25/2020 | Drafted supplemental disclosures to include damage witnesses and other witnesses | 1.00 |
| Service | 10/27/2020 | Sent email to OPC re depo dates | 0.20 |
| Service | 10/28/2020 | Meeting with Clients | 2.00 |
| Service | 10/29/2020 | Email to OPC re deposition dates | 0.10 |
| Service | 10/29/2020 | Edits to Plaintiffs' Supp Disclosures | 0.20 |
| Service | 10/29/2020 | Filed and served disclosures | 0.20 |
| Service | 10/30/2020 | Read R&R and sent copy to clients | 0.30 |
| Service | 11/12/2020 | Email to OPC re Mathis Depo | 0.10 |
| Service | 11/14/2020 | Emails with OPC re Mathis Deposition Dates | 0.10 |
| Service | 11/16/2020 | Reviewed and sent Mathis Notice of Deposition | 0.10 |
| Service | 12/15/2020 | Prep for Mathis Deposition-Prepared Outline and Exhibits | 0.50 |
| Service | 12/16/2020 | Prepared for Mathis Deposition and put together outline and exhibits | 2.00 |
| Service | 12/17/2020 | Prepared for Mathis Deposition and prepared and reviewed outline | 1.00 |
| Service | 12/17/2020 | Attended Zoom Deposition of Dwight Mathis | 3.00 |

| | | | |
|---|---|---|---|
| Service | 12/28/2020 | Drafted Responses to Defendants' RFPs and emailed to OPC | 0.50 |
| Service | 12/29/2020 | Drafted and sent Plaintiffs' 1st RFPs | 0.50 |
| Service | 12/31/2020 | Drafted, prepared, and served Plaintiffs' Supplemental Disclosures (.5) | 0.30 |
| Service | 12/31/2020 | Drafted and Filed Cert. of Supplemental Disclosures | 0.10 |
| Service | 01/02/2021 | Drafted letter and proposed stipulation re attorneys fees (State) | 0.60 |
| Service | 01/05/2021 | Call with Tim Garrigan re Attorney's Fees Expert (State) | 0.60 |
| Service | 01/05/2021 | Email to Tim Gerrigan re Attorneys Fee | 0.10 |
| Service | 01/07/2021 | Emails with OPC re Request for Production Time Limits | 0.10 |
| Service | 01/08/2021 | Reviewed calendar and sent proposed deposition dates for 5 plaintiffs to OPC | 0.30 |
| Service | 01/12/2021 | Emailed OPC to confirm depo dates for clients | 0.10 |
| Service | 01/12/2021 | Emailed Clients re final depo dates and depo prep | 0.10 |
| Service | 01/19/2021 | Call with Garrigan re fees and designation (State) | 0.10 |
| Service | 01/19/2021 | Reviewed 5 Plaintiff deposition notices and confirmed that they were correctly calendared | 0.20 |
| Service | 01/20/2021 | Sent detailed email to Garrigan re expert disclosure rules (State) | 0.20 |
| Service | 01/24/2021 | Call with Tim Garrigan re Expert Report on TWA attorney's fees (State) | 0.40 |
| Service | 01/25/2021 | Reviewed Garrigan Draft Declaration (State) | 0.30 |
| Service | 01/25/2021 | Drafted Plaintiff's Expert Disclosure (State) | 0.30 |
| Service | 01/25/2021 | Call with Garrigan re Expert Report and attachments (.5) (State) | 0.30 |
| Service | 01/25/2021 | Served Expert Disclosures and Filed Certificate of Expert Disclosures | 0.10 |
| Service | 01/26/2021 | Sorted documents in preparation for client depositions and emailed clients (1.6) | 1.20 |
| Service | 02/04/2021 | Reviewed Defendants Response to RFPs | 0.20 |
| Service | 02/08/2021 | Reviewed First Amended Complaint and Drafted Second Amended Complaint (1.5) (STATE) | 1.00 |
| Service | 02/11/2021 | Reviewed and sorted docs produced by Defendants in folder "Docs from Brazil" | 1.50 |
| Service | 02/11/2021 | Reviewed and sorted docs produced by Defendants in folder "Docs from Shugart" and "Docs from Mathis" | 1.00 |

| | | | |
|---|---|---|---|
| Service | 02/15/2021 | Call with OPC re depos | 0.10 |
| Service | 02/22/2021 | Email to OPC re deposition dates | 0.10 |
| Service | 02/26/2021 | Call with OPC re amended SO | 0.10 |
| Service | 03/01/2021 | Compiled new depo dates and emailed to OPC | 0.10 |
| Service | 03/03/2021 | Emails with clients and opc re depo times (.2) | 0.10 |
| Service | 03/08/2021 | Entered new Scheduling Order Dates (.3) | 0.20 |
| Service | 03/10/2021 | Emails with Seth Dennis confirming client depos | 0.10 |
| Service | 03/19/2021 | Reviewed 5 Depo Notices, calendared dates, and sent to clients (.3) | 0.20 |
| Service | 03/22/2021 | Email to clients re depos and depo prep | 0.10 |
| Service | 03/30/2021 | Depo Prep | 1.50 |
| Service | 03/31/2021 | Attended Depos of 5 Clients | 3.50 |
| Service | 03/31/2021 | Depo Prep | 1.00 |
| Service | 04/20/2021 | Reviewed documents sent to Riggins and emailed as discovery supplementation to OPC | 0.30 |
| Service | 04/25/2021 | Sent Deposition Transcripts and Errata sheets to each client with instructions on how to review and submit | 0.20 |
| Service | 05/27/2021 | Email to OPC re Extension | 0.10 |
| Service | 05/31/2021 | Drafted Unopposed Motion to Extend MSJ Response and proposed order | 0.50 |
| Service | 06/01/2021 | Edited and filed Unopposed Motion for Extension (.2) | 0.10 |
| Service | 06/17/2021 | Drafted MSJ Response | 1.00 |
| Service | 06/17/2021 | Drafted Response to MSJ | 1.50 |
| Service | 06/18/2021 | Drafted MSJ Response | 1.50 |
| Service | 06/19/2021 | Drafted MSJ Response | 0.50 |
| Service | 06/19/2021 | Drafted MSJ Response | 0.70 |
| Service | 06/20/2021 | Drafted MSJ Response | 2.00 |
| Service | 06/21/2021 | Call with OPC re Potential Settlement | 0.10 |
| Service | 06/22/2021 | Drafted Response to MSJ | 0.80 |
| Service | 06/22/2021 | Drafted MSJ Response | 1.50 |
| Service | 06/23/2021 | Draft MSJ Response | 0.70 |
| Service | 06/23/2021 | Drafted MSJ Response | 1.50 |

| | | | |
|---|---|---|---|
| Service | 06/23/2021 | Drafted MSJ Response | 1.00 |
| Service | 06/24/2021 | Drafted MSJ Response | 3.50 |
| Service | 06/25/2021 | Edits to MSJ Response | 0.50 |
| Service | 06/25/2021 | Proof and edits to MSJ Respone | 0.50 |
| Service | 06/26/2021 | Edits to MSJ | 0.50 |
| Service | 07/30/2021 | Drafted and Prepared Supplemental Disclosures | 0.40 |
| Service | 08/02/2021 | Finalized and sent 3rd Supplemental Disclosures | 0.10 |
| Service | 08/13/2021 | Status call with Court re Case and Mediation | 0.40 |
| Service | 08/23/2021 | Call with Court re Mediation | 0.10 |
| Service | 09/07/2021 | Call with Judge Love's chambers re mediation | 0.10 |
| Service | 09/07/2021 | Email to OPC re Mediation | 0.10 |
| Service | 09/14/2021 | Email to JA re Mediation with Judge Love | 0.10 |
| Service | 09/14/2021 | Emails with mediator and OPC re mediation | 0.10 |
| Service | 09/18/2021 | Meeting with 5 Troopers to discuss mediation, damages, and steps forward | 2.50 |
| Service | 10/12/2021 | Drafted Premeditation Demand as required by Court Order | 0.60 |
| Service | 10/13/2021 | Drafted mediation statement | 1.00 |
| Service | 10/20/2021 | Call with Mahan | 0.20 |
| Service | 12/14/2021 | Sent email to OPC re JPTO | 0.20 |
| Service | 12/21/2021 | Prepared Draft JPTO | 0.30 |
| Service | 12/28/2021 | Drafted JPTO | 0.50 |
| Service | 12/29/2021 | Work on JPTO | 0.50 |
| Service | 12/29/2021 | Emails with clients re damage witnesses to include in JPTO | 0.40 |
| Service | 12/29/2021 | Reviewed MSJ Order | 0.40 |
| Service | 12/30/2021 | Meeting with clients and co-counsel re MSJ and trial strategy | 0.50 |
| Service | 01/03/2022 | Call with OPC re Settlement, JPTO, and mediation | 0.10 |
| Service | 01/19/2022 | Email to OPC re Continuance | 0.10 |
| Service | 01/20/2022 | Call with Penny re Settlement | 0.20 |
| Service | 01/20/2022 | Emails with Court re continuance | 0.10 |
| Service | 01/20/2022 | Drafted Agreed motion to continue trial setting and proposed order and sent to OPC (1.0) | 0.70 |

| | | | |
|---|---|---|---|
| Service | 02/11/2022 | Call with OPC re JPTO and Witnesses | 0.10 |
| Service | 02/14/2022 | Drafted JPTO | 1.00 |
| Service | 02/14/2022 | Call with Rodney re Update | 0.20 |
| Service | 02/14/2022 | Prepared Exhibit List | 2.00 |
| Service | 02/14/2022 | Drafted MiLs | 0.50 |
| Service | 02/14/2022 | Update call with SH | 0.30 |
| Service | 02/15/2022 | Detailed email to OPC re JPTO, Witnesses, Exhibits, Pre-trial (.3) | 0.32 |
| Service | 02/15/2022 | Drafted MiLs | 0.50 |
| Service | 02/23/2022 | Drafted MIL responses | 1.00 |
| Service | 02/23/2022 | Drafted proposed jury charge | 3.00 |
| Service | 02/24/2022 | Review and edits to MIL Responses | 0.50 |
| Service | 02/24/2022 | Drafted and edited proposed charge | 0.50 |
| Service | 03/07/2022 | Email to OPC re attorney's fees, witnesses, and mediation | 0.20 |
| Service | 03/09/2022 | Call with Riggins | 0.20 |
| Service | 03/11/2022 | Call with OPC re attorney's fees and mediation | 0.30 |
| Service | 03/11/2022 | Emails with mediator and OPC re mediation | 0.20 |
| Service | 03/13/2022 | Drafted stipulation re attorney's fees | 0.30 |
| Service | 03/13/2022 | Communications with clients re mediation and meeting | 0.20 |
| Service | 03/14/2022 | Meeting with Sean re mediation and settlement | 1.00 |
| Service | 03/14/2022 | Meeting with Clients re mediation | 1.10 |
| Service | 03/17/2022 | Mediation Stmt for Barham Lewis | 1.50 |
| Service | 03/24/2022 | Mediation Prep | 1.00 |
| Service | 03/24/2022 | Attended Mediation | 6.00 |
| Service | 03/30/2022 | Email to Mediator re Proposal | 0.10 |
| Service | 03/30/2022 | Detailed email to SH and BN re meeting and trial prep | 0.30 |
| Service | 03/31/2022 | Email to SH re Witness Subpoenas | 0.20 |
| Service | 03/31/2022 | Email to Sean and Ben re Batting Order | 0.20 |
| Service | 03/31/2022 | Worked on Voir Dire | 1.00 |
| Service | 03/31/2022 | Trial Prep-Strategy and Witness Order | 1.00 |

| | | | |
|---|---|---|---|
| Service | 03/31/2022 | Trial Prep-Witness Chart | 1.00 |
| Service | 03/31/2022 | Trial Prep | 1.00 |
| Service | 03/31/2022 | Call with Ben and Sean | 0.40 |
| Service | 04/01/2022 | Trial Prep | 3.00 |
| Service | 04/02/2022 | Trial Prep | 1.50 |
| Service | 04/03/2022 | Trial Prep | 1.50 |
| Service | 04/03/2022 | Trial Prep | 1.50 |
| Service | 04/04/2022 | Reviewed and labeled Ds exhibits | 0.50 |
| Service | 04/04/2022 | Trial Prep | 1.00 |
| Service | 04/04/2022 | Trial Prep and Organization: Witnesses, Exhibits, Etc. | 3.00 |
| Service | 04/04/2022 | Worked on objection re business judgment rule | 0.60 |
| Service | 04/04/2022 | Trial Prep-Meeting with Clients re Testimony | 1.00 |
| Service | 04/04/2022 | Trial Prep--Meeting with Sean and Ben re assignments | 0.60 |
| Service | 04/05/2022 | Trial Prep-Mathis Cross | 0.50 |
| Service | 04/05/2022 | Trial Prep-Mahan Direct | 0.50 |
| Service | 04/05/2022 | Trial Prep-Rodney and Lori Mahan | 1.50 |
| Service | 04/05/2022 | Trail Prep-Mahan and Lori Mahan Direct | 1.50 |
| Service | 04/06/2022 | Prep for Call with Court | 0.40 |
| Service | 04/06/2022 | Mathis Cross | 1.00 |
| Service | 04/06/2022 | McDaniel Cross | 0.50 |
| Service | 04/06/2022 | Attended Hearing with the Court | 0.50 |
| Service | 04/06/2022 | Trial Prep-Wintesses | 1.00 |
| Service | 04/06/2022 | Meeting with Barton and family | 1.00 |
| Service | 04/07/2022 | Trial Prep | 0.80 |
| Service | 04/07/2022 | Trial Prep--Barton Directs | 0.50 |
| Service | 04/07/2022 | Trial Prep-Barton Direct | 1.00 |
| Service | 04/07/2022 | Barton Depo Prep | 0.40 |
| Service | 04/07/2022 | Trial Prep-Mahan Recording | 0.50 |
| Service | 04/08/2022 | Trial Prep-Riggins Recording | 0.40 |
| Service | 04/08/2022 | Meeting with Mahan and Larry DuBose | 1.00 |

| | | | |
|---|---|---|---|
| Service | 04/10/2022 | Trial Prep-Riggins Direct | 1.50 |
| Service | 04/10/2022 | Trial Prep | 1.00 |
| Service | 04/10/2022 | Trial Prep--Riggins Direct | 1.00 |
| Service | 04/11/2022 | Trial Prep. Trial Brief re Causation | 0.50 |
| Service | 04/12/2022 | Prep for Pre-Trial | 0.50 |
| Service | 04/13/2022 | Trial Prep emails with OPC re Witnesses, amended exhibits, etc | 0.30 |
| Service | 04/13/2022 | Call with Court re Schedule | 0.50 |
| Service | 04/13/2022 | Reviewed DPS proposed charge and prepared to argue objections | 0.40 |
| Service | 05/19/2022 | Detailed email to OPC re Witnesses and Exhibits | 0.20 |
| Service | 05/22/2022 | Reviewed Ps Exhibits re Linder | 1.00 |
| Service | 05/24/2022 | Reviewed and redacted exhibits | 1.00 |
| Service | 06/02/2022 | Prepared Lathan Cross/Direct | 1.00 |
| Service | 06/02/2022 | Wood Cross | 1.00 |
| Service | 06/05/2022 | Chrane Cross | 1.00 |
| Service | 06/06/2022 | Email to OPC re McCraw testimony | 0.10 |
| Service | 06/06/2022 | Email to Court re McCraw testimony | 0.10 |
| Service | 06/06/2022 | Call with Court | 0.20 |
| Service | 06/06/2022 | Truett Outline | 1.50 |
| Service | 06/07/2022 | Trial Prep | 0.50 |
| Service | 06/07/2022 | Trial Prep-Truett Cross | 4.00 |
| Service | 06/08/2022 | McCraw Depo Prep | 3.50 |
| Service | 06/09/2022 | TF Travel to Austin Area | 4.50 |
| Service | 06/10/2022 | McCraw Prep | 1.50 |
| Service | 06/10/2022 | McCraw Depo | 2.00 |
| Service | 06/11/2022 | TF Travel back from Austin | 4.50 |
| Service | 06/12/2022 | Opening Statement | 0.80 |
| Service | 06/12/2022 | Opening Statement | 2.50 |
| Service | 06/12/2022 | Prep for Pre-Trial Hearing | 1.50 |
| Service | 06/13/2022 | Emails with Courtroom Deputy re Exhibits and Witnesses | 0.20 |

| | | | |
|---|---|---|---|
| Service | 06/13/2022 | Travel to Beaumont and back | 5.00 |
| Service | 06/13/2022 | Attended Final Pretrial Hearing | 2.00 |
| Service | 06/13/2022 | Email to OPC re Charge | 0.10 |
| Service | 06/13/2022 | Opening Statement | 1.50 |
| Service | 06/14/2022 | Opening Statement | 1.00 |
| Service | 06/15/2022 | Opening | 0.50 |
| Service | 06/15/2022 | Checked courtroom technology for opening pp and exhibits | 0.50 |
| Service | 06/15/2022 | Voir Dire Prep | 0.50 |
| Service | 06/15/2022 | Meeting with Riggins | 0.70 |
| Service | 06/16/2022 | McCraw page and line | 1.10 |
| Service | 06/16/2022 | Meeting with Barton re Trial | 1.00 |
| Service | 06/17/2022 | Jury selection prep | 0.50 |
| Service | 06/17/2022 | Meeting/Trial Prep with Rodney Mahan | 0.70 |
| Service | 06/17/2022 | Voir Dire Prep | 0.40 |
| Service | 06/17/2022 | Reviewed DPS proposed edits to the Charge | 0.40 |
| Service | 06/18/2022 | Email to OPC re Witnesses | 0.20 |
| Service | 06/18/2022 | Email to DPS re trial issues | 0.10 |
| Service | 06/18/2022 | Reviewed D's page and line for McCraw depo and sent detailed email | 0.70 |
| Service | 06/18/2022 | Practice Opening | 1.00 |
| Service | 06/20/2022 | Voir Dire Prep | 1.00 |
| Service | 06/20/2022 | Prep for Mathis Cross | 0.70 |
| Service | 06/20/2022 | Opening review, revisions, and prep | 1.00 |
| Service | 06/20/2022 | Trial Prep--Exhibits, notebooks, etc | 2.00 |
| Service | 06/20/2022 | Prepared docs for crosses of Gentry, Lunsford, Barnes, and Brazil | 0.50 |
| Service | 06/21/2022 | Trial Prep | 1.00 |
| Service | 06/21/2022 | Attended Trial | 9.00 |
| Service | 06/21/2022 | Trial Prep | 1.50 |
| Service | 06/22/2022 | Attend Trial | 9.00 |
| Service | 06/22/2022 | Worked on closing | 0.50 |

| | | | |
|---|---|---|---|
| Service | 06/22/2022 | Truett Day 2 Cross | 0.80 |
| Service | 06/23/2022 | Attended Trial | 9.00 |
| Service | 06/23/2022 | Trial Prep | 1.50 |
| Service | 06/24/2022 | Trial Prep | 1.50 |
| Service | 06/24/2022 | Attended Trial | 7.00 |
| Service | 06/26/2022 | Closing | 2.50 |
| Service | 06/28/2022 | Trial Prep | 2.00 |
| Service | 06/28/2022 | Attended Trial | 5.00 |
| Service | 07/06/2022 | Meeting with Clients and SH re post trial items | 1.00 |
| Service | 07/07/2022 | Call with Morgan McPheeters re Appeal | 0.50 |
| Service | 07/08/2022 | Call with TG re Attorney Fees (.5) | 0.40 |
| Service | 07/11/2022 | Call with OPC re next steps | 0.10 |
| Service | 07/14/2022 | Emails with Appellate Counsel | 0.10 |
| Service | 07/20/2022 | Detailed email to court re Post Trial injunctions and attorney's fees | 0.30 |
| Service | 07/21/2022 | Meeting with TG re Attorney Fees | 0.50 |
| Service | 07/21/2022 | Motion for Equitable Relief | 1.50 |
| Service | 07/23/2022 | Motion for Equitable Relief | 2.00 |
| Service | 07/23/2022 | Prepared Notice of Costs (1.5) | 1.00 |
| Service | 07/23/2022 | Drafted Amended Final Judgment (1.5) | 1.00 |
| Service | 07/25/2022 | Edits to Bill of Cost and detailed email to OPC re conference and any opposition | 0.30 |
| Service | 07/25/2022 | Reviewed and edited motion for equitable relief | 0.50 |
| Service | 07/25/2022 | Reviewed and edited proposed final judgment | 0.40 |
| Service | 07/25/2022 | Research and drafting of motion for attorney's fees | 1.50 |

Please make all amounts payable to: Franklin Law Firm, PLLC