

**EXHIBIT 1C**

INVOICE

Invoice # 170
Date: 08/17/2022
Due On: 09/16/2022

# Franklin Law Firm, PLLC

P.O. Box 274
Etoile, Texas 75944
United States

Sean Hightower

## DPS Troopers

| Type | Date | Notes | Quantity |
|---|---|---|---|
| Service | 07/26/2022 | Motion for Attorney's Fees | 2.50 |
| Service | 07/27/2022 | Drafted Motion to extend deadline to seek attorney fees (.5) | 0.30 |
| Service | 07/27/2022 | Call with Morgan re post trial issues and appellate attorney fees | 0.20 |
| Service | 08/01/2022 | Email to OPC re Court Costs | 0.10 |
| Service | 08/02/2022 | Motion for Attorney Fees | 1.00 |
| Service | 08/02/2022 | Drafted motion for costs and filed with Court (.4) | 0.20 |
| Service | 08/03/2022 | Worked on Motion for Attorney's Fees | 2.50 |
| Service | 08/04/2022 | Meeting with TG re Attorney's Fees | 1.00 |
| Service | 08/04/2022 | Work on attorney fees motion | 0.50 |
| Service | 08/06/2022 | Attorney's Fees Affidavit | 1.00 |
| Service | 08/06/2022 | TF Attorney's Fees Affidavit | 3.00 |
| Service | 08/07/2022 | Prepared template for SH atty fee affidavit | 0.50 |
| Service | 08/09/2022 | Worked on Atty Fees Motion | 1.00 |
| Service | 08/10/2022 | Call with TG re Atty Fees (.4) | 0.30 |

| | | | |
|---|---|---|---|
| Service | 08/11/2022 | Call with Tim Garrigan re Billing Records | 0.30 |
| Service | 08/13/2022 | Worked on Mtn for Attorney's Fees | 0.50 |
| Service | 08/13/2022 | Attorney's Fees Motion (1.0) | 0.70 |
| Service | 08/15/2022 | Drafted Motion to Extend Page Limits (.3) | 0.20 |
| Service | 08/15/2022 | Call with OPC re Atty Fees Motions | 0.10 |
| Service | 08/16/2022 | Call with Morgan McPheeters re Appellate Fees | 0.20 |
| Service | 08/16/2022 | Atty Fee Affidavits | 0.50 |
| Service | 08/17/2022 | Three Calls with TG res Fees and Fee Affidavits (.8) | 0.40 |
| Service | 08/17/2022 | Worked on Atty Fees Mtn and Affidavits | 1.00 |
| Service | 08/17/2022 | Edits, Revisions, Changes to Atty Fee Motion, Exhibits, and Affidavits | 2.00 |

Please make all amounts payable to: Franklin Law Firm, PLLC