**EXHIBIT 2A**

# SEAN HIGHTOWER

115 South Street
Nacogdoches, Texas 75961
(936) 560-3300
thegoodlawyer.com
seanhightower@yahoo.com

## EDUCATION

Degrees:
- Juris Doctor, Texas A&M School of Law, December 2013
- Bachelor of Science, Stephen F. Austin State University, December 2009
  - Political Science & Communication Double Major
  - Selected Outstanding Alumni of the Year- 2020

Affiliations:
- Phi Alpha Delta Honor Society
- National Criminal Defense Lawyers Association
- Texas DWI Lawyers Association
- Texas Criminal Defense Lawyers Association
    Board of Directors: 2022-2026
    Committee Member: Strike Force Committee, Rural Practice Committee, Young Lawyer Committee, Technology Committee

## HONORS, AWARDS, AND ACHIEVMENTS

- Super Lawyer- Rising Star by Thompson Reuters, 2020, 2021, & 2022
- Voted Best Lawyer in Nacogdoches by the Daily Sentinel 2019, 2020, 2021, 2022
- Elected Vice-President of Nacogdoches Memorial Hospital District, Director Pct. 2, 2018-Present; becoming the youngest person elected in Nacogdoches.
- Vice-President Nacogdoches Area Habitat for Humanity, 2016-2020
- SFST Certified Practitioner
- One of 25 selected to attend the National College for DUI Defense Gas Chromatography course in Fort Collins, Colorado, in June of 2015

## WORK EXPERIENCE

James & Hightower; Attorneys at Law, Spring 2014-Present
Partner
- State and Federal Criminal Defense Practitioner
- Licensed in Texas, Federal Eastern District of Texas, and Fifth Circuit Court of Appeals.
- Tried over 300 contested Trials, Sentencing's, ALR's, and Motions to Suppress.

## PRESENTATIONS

Gas Chromatography for Lawyers, Upholding Justice One Client at a Time; Nacogdoches, Texas. Sponsored by TCDLA, November 2015.

Defenses to Gas Chromatography, H&M Law Firm training; Los Angeles, California. Fall 2015.

Opening and Closing Statements, Criminal Defense Lawyers Program; Sugar Land, Texas. Sponsored by TCDLA/CDLP, March 2017.

Mental Health, Competency, and Insanity, Criminal Defense Lawyers Program; El Paso, Texas. Sponsored by TCDLA/CDLP, April 2019.

Nuts and Bolts of Criminal Law; Nacogdoches, Texas. Sponsored by Alpha Tau Omega, Every Semester Fall 2015-Fall 2019.

Challenging Blood Draws; Fourth Amendment: Pre and Post Trial; Austin, Texas. Sponsored by TCDLA, February 2021.

Search and Seizure, Texas Commission on Law Enforcement, Angelina College, Summer 2019, 2020, 2021, 2022