**EXHIBIT 2B**

| Type | Date | Notes | Quanity |
|---|---|---|---|
| Service | 9/1/2018 | Meet with Riggins | 2 |
| Service | 9/1/2018 | Set up File | 0.2 |
| Service | 9/2018 | Assisted in writing complaint to OIG | 1 |
| Service | 9/2018-12/2018 | Calls/Text/Investigate Allegations with Troopers | 15 |
| Service | 9/2018-12/2018 | Research DPS Policy/Employment Manuals | 2 |
| Service | Feb-19 | Speak with Paul Robbins/ Review Complaint Letter | 1 |
| Service | 4/8/2019 | Meet with Riggins | 1.5 |
| Service | 4/9/2019 | ORR DPS & Review | 1 |
| Service | 4/10/2019 | Meet with Barton | 1.5 |
| Service | 1/10/2019-7/31/2019 | Calls/Text with Troopers | 20 |
| Service | 7/31/2019 | Meeting with Rice | 1 |
| Service | 7/1/2019 | Meeting with J. Lopez | 1 |
| Service | 8/2019-12/2019 | Email/Calls/Text with Troopers | 20 |
| Service | 5/2020 | Receive and Review OIG Report | 2 |
| Service | 05/11/2020 | Call with Franklin | 0.3 |
| Service | 05/11/2020 | Email to Franklin | 0.1 |
| Service | 05/18/2020 | Meeting with Barton, Henley, Mahan, and Franklin | 2.5 |
| Service | 05/19/2020 | Sent emails to Franklin | 0.2 |
| Service | 5/19/2020 | Go over contracts with Clients | 1 |
| Service | 5/23/2020 | Review and Discuss Original Complaint | 1 |
| Service | 5/23/2020-5/30/2020 | Call with Troopers re: complaint and next steps | 5 |
| Service | 06/05/2020 | Call with Franklin | 0.2 |
| Service | 06/16/2020 | Call with Franklin | 0.1 |
| Service | 6/24/2020 | Discuss Amended Complaint | 0.1 |
| Service | 06/25/2020 | Call with Franklin re Update | 0.1 |
| Service | 6/26/2020 | Review and Discuss Amended Complaint | 1 |
| Service | 6/26/2020 | Discovery Review | 5 |
| Service | 6/29/2020 | Discussed MTD | 0.3 |
| Service | 7/12/2020 | Reviewed Court's Order | 0.3 |
| Service | 7/14/2020 | Researched, Discussed, Reviewed MTD Response | 2 |
| Service | 7/17/2020 | Reviewed R26 | 0.1 |
| Service | 07/17/2020 | Meeting with Franklin | 0.5 |
| Service | 7/21/2020 | Reviewed and discussed response to MTD | 0.2 |
| Service | 7/30/2020 | Production of docs | 0.5 |
| Service | 7/30/2020 | Reviewed/ Discussed Plaintiffs disclosures | 0.5 |
| Service | 6/1/2020-7/30/2020 | Call with Troopers | 3 |
| Service | 8/3/2020 | Reviewed Discovery | 5 |
| Service | 8/4/2020 | Reviewed Discovery | 5 |
| Service | 8/10/2020 | Reviewed Discovery | 5 |
| Service | 08/17/2020 | Call with Franklin | 0.1 |
| Service | 8/20/2020 | Reviewed Discovery | 5 |
| Service | 9/9/2020 | Lopez Depo Prep with Franklin | 1 |
| Service | 9/15/2020 | Lopez Depo at J&H | 7 |
| Service | 9/17/2020 | Client Meeting | 1.5 |
| Service | 10/25/2020 | Reviewed Supplemental Disclosures | 0.5 |
| Service | 10/28/2020 | Client Meeting | 2 |

| | | | |
|---|---|---|---|
| Service | 12/16/2020 | Prep for Mathis Depo with Franklin | 2 |
| Service | 12/17/2020 | Mathis Depo | 3 |
| Service | 8/1/2020-12/20/2020 | Call with Troopers | 7 |
| Service | 3/30/2021 | Depo Prep | 2 |
| Service | 3/31/2021 | Client Depos | 3.5 |
| Service | 5/27/2021 | Discussions with Franklin | 1 |
| Service | 6/22/2021 | Reviewed MSJ Response | 1 |
| Service | 8/13/2021 | Court call | 0.4 |
| Service | 8/23/2021 | Court call | 0.1 |
| Service | 9/18/2021 | Trooper Meeting | 2.5 |
| Service | 10/13/2021 | Reviewed Mediation Statement | 0.2 |
| Service | 12/29/2021 | Discuss JPTO with Franklin | 0.5 |
| Service | 1/01/2021-12/31/2021 | Calls with Troopers | 15 |
| Service | 2/14/2022 | Call with Franklin | 0.2 |
| Service | 2/23/2022 | Reviewed Drafts of MIL & Jury Charge | 0.2 |
| Service | 3/14/2022 | Meeting with Franklin | 1 |
| Service | 3/14/2022 | Client meeting re mediation | 1.1 |
| Service | 3/24/2022 | Mediation prep with Franklin | 1 |
| Service | 3/24/2022 | Attended Mediation | 6 |
| Service | 3/31/2022 | Email Franklin and Ben re trial | 0.2 |
| Service | 3/31/2022 | Trial Prep | 1 |
| Service | 4/4/2022 | Meeting with Franklin re Trial assignment | 0.6 |
| Service | 4/5/2022 | Trial Prep | 4 |
| Service | 4/7/2022 | Trial Prep mock with Tim James | 2 |
| Service | 4/10/2022 | Trial Prep | 4 |
| Service | 4/13/2022 | Call with Court | 0.5 |
| Service | 1/01/2022-05/30/2022 | Call with Troopers | 20 |
| Service | 6/6/2022 | Email with OC | 0.1 |
| Service | 6/7/2022 | Trial Prep | 4 |
| Service | 6/13/2022 | Travel to Beaumont | 5 |
| Service | 6/13/2022 | Final PT | 2 |
| Service | 6/14/2022 | Trial Prep | 4 |
| Service | 6/16/2022 | Trial Prep | 3 |
| Service | 6/20/2022 | Trial/ Witness Prep | 2 |
| Service | 6/21/2022 | Trial Prep/ Discuss with Franklin | 1 |
| Service | 6/22/2022 | Trial Prep/ Discuss with Franklin | 1 |
| Service | 6/23/2022 | Trial Prep/ Discuss with Franklin | 1 |
| Service | 6/25/2022 | Trial Prep | 2 |
| Service | 6/28/2022 | Trial Prep | 0.5 |
| Service | 6/21/2022-6/28/2022 | Trial | 39 |
| Service | 7/1/2022 | Call with Troopers | 1 |
| Service | 7/6/2022 | Meeting with Troopers | 2 |
| Service | 7/22/2022 | Call with Troopers | 1 |
| Service | 7/25/2022 | Review Non Econ Motion | 0.2 |
| | | | |
| Staff Time | 6/21/2022 | Donna Michelle Ruppart Consult | 20 |

| Rate | Total |
|---|---|
| $400 | $800 |
| $400 | $80 |
| $400 | $400 |
| $400 | $6,000 |
| $400 | $800 |
| $400 | $400 |
| $400 | $600 |
| $400 | $400 |
| $400 | $600 |
| $400 | $8,000 |
| $400 | $400 |
| $400 | $400 |
| $400 | $8,000 |
| $400 | $800 |
| $400 | $120 |
| $400 | $40 |
| $400 | $1,000 |
| $400 | $80 |
| $400 | $400 |
| $400 | $400 |
| $400 | $2,000 |
| $400 | $80 |
| $400 | $40 |
| $400 | $40 |
| $400 | $40 |
| $400 | $400 |
| $400 | $2,000 |
| $400 | $120 |
| $400 | $120 |
| $400 | $800 |
| $400 | $40 |
| $400 | $200 |
| $400 | $80 |
| $400 | $200 |
| $400 | $200 |
| $400 | $1,200 |
| $400 | $2,000 |
| $400 | $2,000 |
| $400 | $2,000 |
| $400 | $40 |
| $400 | $2,000 |
| $400 | $400 |
| $400 | $2,800 |
| $400 | $600 |
| $400 | $200 |
| $400 | $800 |

| | | | | |
|---|---|---|---|---|
| $400 | $800 | | | |
| $400 | $1,200 | | | |
| $400 | $2,800 | | | |
| $400 | $800 | | | |
| $400 | $1,400 | | | |
| $400 | $400 | | | |
| $400 | $400 | | | |
| $400 | $160 | | | |
| $400 | $40 | | | |
| $400 | $1,000 | | | |
| $400 | $80 | | | |
| $400 | $200 | | | |
| $400 | $6,000 | | | |
| $400 | $80 | | | |
| $400 | $80 | | | $109,640 |
| $400 | $400 | | | |
| $400 | $440 | | | |
| $400 | $400 | | | |
| $400 | $2,400 | | | |
| $400 | $80 | | | |
| $400 | $400 | | | |
| $400 | $240 | | | |
| $400 | $1,600 | | | |
| $400 | $800 | | | |
| $400 | $1,600 | | | |
| $400 | $200 | | | |
| $400 | $8,000 | | | |
| $400 | $40 | | | |
| $400 | $1,600 | | | |
| $400 | $2,000 | | | |
| $400 | $800 | | | |
| $400 | $1,600 | | | |
| $400 | $1,200 | | | |
| $400 | $800 | | | |
| $400 | $400 | | | |
| $400 | $400 | | | |
| $400 | $400 | | | |
| $400 | $800 | | | |
| $400 | $200 | | | |
| $400 | $15,600 | | | |
| $400 | $400 | | | |
| $400 | $800 | | | |
| $400 | $400 | | | |
| $400 | $80 | | | |
| | | | | |
| | | | | |
| | | | | |