# Ben Newman

7500 Rialto Boulevard, Building 1, Suite 250
Austin, Texas 78735
512.487.5050
ben@bnaalaw.com

---

## ADMISSIONS

**State Bar of Texas,** Member, November 2016
Bar No. 2409952

U.S. District Court for the Eastern District of Texas

U.S. District Court for the Western District of Texas

U.S. District Court for the Northern District of Texas

## HONORS, AWARDS, & PROFESSIONAL ORGANIZATIONS

Million Dollar Advocates Forum, *Life Member*

Super Lawyer- Rising Star by Thompson Reuters, 2022

Capital Area Trial Lawyers Association

## EDUCATION

**Baylor University School of Law**                                                    *Waco, TX*
Juris Doctor                                                                          *May 2016*
Matt "Mad Dog" Dawson Mock Trial Tournament Competitor
Dean's List

**The University of Texas at Austin**                                                  *Austin, TX*
Bachelor of Arts                                                                      *May 2013*

## EXPERIENCE

**Ben Newman Attorney at Law, PLLC**                                   *December 2019 – Present*
*Austin, TX*

- Tried multiple cases to verdict as lead counsel.
- Obtained settlement in excess of $1.25 million on behalf of contestant in will contest.
- Obtained favorable settlement for beneficiaries to multimillion-dollar trust in lawsuit against trustee.

**Fee, Smith, Sharp and Vitullo, L.L.P.**                              *June 2018 – December 2019*
*Dallas/Austin, TX*

- Managed docket of cases involving wrongful deaths, catastrophic injuries, breach of contract, and business torts.
- Argued and drafted appeal to Dallas Fifth Court of Appeals.
- Deposed numerous fact and expert witnesses.
- Drafted brief/motion to enforce smartphone agreement that involved first-impression legal issues and was granted in federal court.
- Selected as firmwide representative of US Law Future Leaders Editorial Board.

-2-

**Peavler + Briscoe, P.C.** *January 2017 – June 2018*
*Dallas/Fort Worth, TX*

- As first chair, obtained no-liability verdict in jury trial in Dallas County District Court before Judge Eric V. Moyé.
- As first chair, obtained no-liability verdict in jury trial in Denton County District Court.
- Tried multiple jury trials in justice courts.
- Drafted/argued summary-judgment motion, resulting in dismissal of all claims to real property appraised at over $2 million.
- Managed litigation docket of over 30 cases.