**EXHIBIT 3B**



# INVOICE

Invoice # 62
Date: 08/08/2022
Due On: 09/07/2022

7500 Rialto Blvd., Bldg. 1, Ste. 250
Austin, Texas 78735
United States

Rodney Mahan

**00033-Mahan**
DPS Whistleblower Case

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 03/30/2022 | Conduct in-depth review of pleadings and MSJ response. | 0.85 | $325.00 | $276.25 |
| Service | 03/31/2022 | In-depth review of first Lopez report narrative. | 1.50 | $325.00 | $487.50 |
| Service | 04/01/2022 | Continue review of Lopez Rpt. 1 for purpose of preparing opening statement. | 1.00 | $325.00 | $325.00 |
| Service | 04/01/2022 | Conduct in-depth review of materials while preparing notes for opening statement:<br><br>Lopez Report attachments (1.7);<br><br>Response to motion for summary judgment (.3)<br><br>Court's SJ order (.2);<br><br>Timeline of Major events (.20). | 2.40 | $325.00 | $780.00 |
| Service | 04/01/2022 | Conduct in-depth review of the following for purpose of preparing opening statement and cross examinations while contemporaneously taking notes on key points:<br><br>- Statements taken by Lopez Lt. Brazil (1.8);<br><br>- Multiple reviews of retaliation memo by Lt. Lopez (.4);<br><br>- memoranda prepared by counsel regarding timeline of relevant events (.2). | 2.40 | $325.00 | $780.00 |
| Service | 04/01/2022 | Conduct review of remainder of exhibits. | 2.90 | $325.00 | $942.50 |
| Service | 04/02/2022 | Conduct in-depth review of numerous exhibits, jury charge, and statements while outlining opening statement rules and story (2.0).<br><br>Telephone conference with co-counsel regarding opening statement strategy (.50). | 2.50 | $325.00 | $812.50 |
| Service | 04/02/2022 | Brainstorm on and craft opening rule statements (1.0)<br><br>Begin preparation of powerpoint for opening (1.2). | 2.20 | $325.00 | $715.00 |
| Service | 04/03/2022 | Conduct in-depth review of the Court's summary judgment order and continue structuring opening statement using powerpoint and timeline. | 0.50 | $325.00 | $162.50 |
| Service | 04/04/2022 | TC w Lead co-counsel re motions in limine and damages for all troopers (40).<br><br>Conduct in-depth review of summary judgment order while contemporaneously preparing damages section of opening statement (1.60) | 2.00 | $325.00 | $650.00 |
| Service | 04/04/2022 | Editing retaliation section of opening statement (.30).<br><br>Editing damages section of opening statement (.90). | 3.10 | $325.00 | $1,007.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Zoom call with Mahan, Barton, Riggins to prepare trial testimony (1.90). | | | |
| Service | 04/05/2022 | Continue preparing Opening statement PowerPoint and analyzing effective visuals. | 0.20 | $325.00 | $65.00 |
| Service | 04/05/2022 | In-depth review of verdict form and jury instructions (.20) | 1.70 | $325.00 | $552.50 |
| | | Further refining of rule statements (.50) | | | |
| | | Continue crafting opening statement section relating to causation, adverse personnel action, and false reasons for transfer (1.0) | | | |
| Service | 04/05/2022 | Further preparation of opening statement pertaining to undermining anticipated defenses. | 2.10 | $325.00 | $682.50 |
| Service | 04/07/2022 | Telephone conference with Riggins for purpose of preparing harms/losses section of opening (1.1) | 2.30 | $325.00 | $747.50 |
| | | Telephone conference with Mahan for purpose of preparing harms/losses section of opening (1.2) | | | |
| Service | 04/08/2022 | Conduct in-depth review of Brazil statements and document production regarding Barton, Jr.'s first report. (.60) | 2.50 | $325.00 | $812.50 |
| | | Make changes to opening statement based on the same (1.0). | | | |
| | | Prepare section of opening statement pertaining to excuses given by defense for adverse employment actions (.90). | | | |
| Service | 04/09/2022 | Conduct in-depth review of Lopez reports and statements taken during investigation while contemporaneously preparing bad acts memo for trial team. | 2.10 | $325.00 | $682.50 |
| Service | 04/11/2022 | Conduct in-depth review of Currie report and affidavit while simultaneously preparing cross-exam of Currie (1.1) | 4.20 | $325.00 | $1,365.00 |
| | | Conduct in-depth review of lengthy Major Truett affidavti re retaliation (1.5). | | | |
| | | Prepare bad acts memo to aid in preparing opening statement (1.6). | | | |
| Service | 04/12/2022 | Conduct in-depth review of all Truett statements while contemporaneously preparing cross examination of Truett. | 4.50 | $325.00 | $1,462.50 |
| | | | | Total | $13,308.75 |

Please make all amounts payable to: Ben Newman Attorney at Law, PLLC

Please pay within 30 days.