**EXHIBIT 4**

STATE OF TEXAS §
§
COUNTY OF NACOGDOCHES §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared DONNA MICHELE RUPPERT, who after being duly sworn stated:

"My name is DONNA MICHELE RUPPERT. I am a licensed peace officer in the State of Texas and have been since March 23, 2005. While employed as a full-time peace officer in the State of Texas, I have interviewed thousands of witnesses and suspects, and have investigated a wide range of incidents. I have training in investigative and interview techniques. I currently hold an Advanced TCOLE license. I have held multiple titles during my law enforcement career including patrol supervisory positions, investigative positions, field training officer and field training supervisor. I have lived in East Texas most of my life. I am currently employed by James and Hightower. I routinely am called upon to investigate client claims, research potential jurors, interview witnesses and review discovery. I have assisted Mr. Hightower in trial preparations, jury selection, and discovery review since my employment started in 2021."

_____
DONNA MICHELE RUPPERT, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on _July 28_, 2022, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

JOY JUELSON
Notary Public, State of Texas
Comm. Expires 05-25-2024
Notary ID 129002372