

# MORGAN A. MCPHEETERS

Physical: 3110 Webb Ave., Suite 150, Dallas, Texas 75205
Mail: 4447 N. Central Expy., Suite 101, Box #158, Dallas, Texas 75205
(469) 862-8233 ext. 203 | morgan@mcpheeterslaw.com | www.mcpheeterslaw.com

**BAR ADMISSIONS:**

**New Mexico State Bar**, *Admitted September 2014*
**Texas State Bar**, *Admitted May 2015*
United States Court of Appeals for the Fifth Circuit
United States District Courts for the Northern, Western, & Eastern Districts of Texas

**EDUCATION:**

**Baylor University School of Law** – Waco, TX
- Juris Doctorate, *cum laude (May 2014)*
- Concentration: Business Litigation
- Dean's List | Moot Court Society Barrister | Quarterfinalist, Federal Bar Association Moot Court Competition | Evidence Coach, AAJ Mock Trial Team

**New Mexico State University** – Las Cruces, NM
- Bachelor of Business Administration, *with high honors (May 2011)*
- Major: Marketing; Minor: Advertising
- President's Associates Full Tuition Scholarship
- 4.0 GPA | Graduated in 3 years | Crimson Scholar | Dean's List

**EXPERIENCE:**

**McPheeters Law, PLLC** – Dallas, TX
Managing Attorney *(Sep. 2019 – present)*
- Civil Appeals and litigation strategy, support, and error preservation in plaintiffs' personal injury and commercial litigation
- Texas & New Mexico; State & Federal Court

**Durham, Pittard & Spalding, LLP** (formerly Kelly, Durham & Pittard, LLP) – Dallas, TX
Associate Attorney *(Mar. 2015 – Aug. 2019)*
- Civil appeals and litigation support in plaintiffs' personal injury and commercial litigation, including substantive briefing, pre- and post-trial motion practice, error preservation, and oral advocacy in trial and appellate courts

**Haley & Olson, PC** – Waco, TX
Law Clerk *(Oct. 2014 – Feb. 2015)*
- Conducted legal research and prepared pleadings, motions, discovery, and correspondence in complex commercial and construction litigation

**Baylor University School of Law** – Waco, TX
Practice Court Program Legal Writing Grader *(2014)*
- Assisted with grading students' legal writing submissions in Baylor's third-year practical

advocacy program, including pleadings, motions, & memoranda

**EXPERIENCE, CONT'D:**

**Pakis, Giotes, Page, & Burleson, PC** – Waco, TX
Law Clerk *(Aug. 2014 – Sept. 2014)*
- Conducted legal research; assisted with trial preparation & exhibit management

**Briones Law Firm, PA** – Farmington, NM
Law Clerk *(Aug. 2011 – Jan. 2012; 2013)*
- Managed extensive documentary evidence in complex commercial litigation
- Assisted with design & implementation of paperless office plan

**HONORS & AWARDS:**

Best Lawyers, *D Magazine (2022)*
Best Lawyers Under 40, *D Magazine (2021 & 2022)*
Brenda Tso Rising Young Lawyer Award, Texas Women Lawyers *(2021)*
John Howie Award, Dallas Trial Lawyers Association *(2020)*
Top Women Lawyers in Texas, *Texas Monthly*, Thomson Reuters *(Jan. 2019 & Jan. 2020)*
Rising Star, *Super Lawyers Magazine*, Thomson Reuters *(2018, 2019, 2020, 2021 & 2022)*
John Howie Award, Dallas Trial Lawyers Association *(2018)*
Funderburk Evidence Award, Baylor University School of Law *(2014)*
Outstanding Graduating Senior Award: Marketing, NMSU College of Business *(2011)*

**ASSOCIATIONS & SERVICE:**

Texas Bar College *(2019 – present)*
Texas Trial Lawyers Association
    Advocates Committee Board of Directors *(2017 – 2020)*
    Amicus Committee *(2016 – present)*
Dallas Trial Lawyers Association
    Board of Directors *(2018 – present)*
    Communications Committee *(2018-19)*
    Communications Chair & Executive Committee Member *(2019 – present)*
American Association for Justice
Texas Women Lawyers
Dallas Women Lawyers Association
Dallas Association of Young Lawyers
William "Mac" Taylor American Inn of Court *(2018 – present)*
Judge Abner V. McCall American Inn of Court *(2014 – 2015)*

**SIGNIFICANT APPELLATE WINS:**

*Rivera v. City of Houston*,
    No. 01-19-00629-CV, 2022 WL 2163025 (Tex. App.—Houston [1st Dist.] June 16, 2022, no pet. h.) (mem. op.)

*Los Compadres Pescadores, L.L.C. v. Valdez*,
    622 S.W.3d 771 (Tex. 2021)

*Poledore v. Daniel*,
    No. 05-18-01278-CV, 2020 WL 1685333 (Tex. App.—Dallas April 7, 2020, no pet.)

(mem. op.)

**SIGNIFICANT APPELLATE WINS, CONT'D:**

*Galindo v. Garner*,
> No. 05-19-00061-CV, 2019 WL 2098689 (Tex. App.—Dallas May 14, 2019, no pet.) (mem. op.)

*Pettway v. Olvera*,
> No. 14-17-00532-CV, 2018 WL 4016949 (Tex. App.—Houston [14th Dist.] Aug. 23, 2018, pet. denied) (mem. op.)

*State v. T.S.N.*,
> 547 S.W.3d 617 (Tex. 2018)

*State v. T.S.N.*,
> 523 S.W.3d 171 (Tex. App.—Dallas 2017, pet. granted)

*In the interest of P.M.K.*,
> No. 05-15-01181-CV, 2017 WL 462343 (Tex. App.—Dallas Jan. 30, 2017, no pet.) (mem. op.)

*City of Houston v. Roman*,
> No. 01-15-01042-CV, 2016 WL 3748851 (Tex. App.—Houston [1st Dist.] July 12, 2016, no pet.) (mem. op.)

*Poledore v. Poledore*,
> No. 05-15-00619-CV, 2016 WL 2620648 (Tex. App.—Dallas May 6, 2016, pet. denied) (mem. op.)

*Harlingen Med. Ctr. Ltd. P'ship v. Andrade*,
> No. 13-14-0700-CV, No. 13-15-0119-CV, 2016 WL 1613297 (Tex. App.—Corpus Christi April 21, 2016, pet. dism'd by agr.) (mem. op.)

*Okon v. Boldon*,
> No. 02-14-00334-CV, 2015 WL 4652775 (Tex. App.—Fort Worth Aug. 6, 2015, no pet.) (mem. op.)

**PRESENTATIONS & PUBLICATIONS:**

*Welcome to the Jungle: Proving Up Medical Expenses After In re Allstate and In re K&L Auto Crushers*, co-presenter with Kirk L. Pittard
> Dallas Trial Lawyers Association, Dallas, TX *(May 18, 2022)*

*The Current State of In re Allstate and In re K&L Auto Crushers*
> Texas Trial Lawyers Association Annual Meeting, San Antonio, TX *(Nov. 4, 2021)*

*Paid vs. Incurred Update*
> University of Texas School of Law 2021 Car Crash Seminar, Webinar *(August 27, 2021)*

*History and Importance of Protest Speech in America*, panelist
> Dallas Bar Association program for local high school students *(April 14, 2021)*

*Texas Procedural & Case Law Update*, co-presenter with Jessica Foster
    Texas Trial Lawyers Association Car Wrecks Seminar, Webinar *(Feb. 11, 2021)*

**PRESENTATIONS & PUBLICATIONS, CONT'D:**

*Defeating Course and Scope Stipulations*
    Texas Trial Lawyers Association Annual Meeting, Webinar *(Nov. 12, 2020)*

*Trial Skills Boot Camp Series: Jury Charges and Preserving Error*, panelist
    Dallas Association of Young Lawyers, Webinar *(Oct. 15, 2020)*

*Chapter 18 & In re North Cypress Extravaganza*, co-presenter with Matthew J. Kita
    Permian Basin Trial Lawyers Association, Odessa, TX, Webinar *(June 24, 2020)*
    Dallas Trial Lawyers Association, Dallas, TX *(Jan. 21, 2020)*
    Houston Trial Lawyers Association, Houston, TX *(Feb. 13, 2020)*

*Keeping Your Practice Moving Forward During COVID-19*, panelist
    Texas Trial Lawyers Association Webinar *(April 17, 2020)*

*Personal Injury Law 101: Handling a PI Case from A-Z*, panelist
    Texas Women Lawyers Association Annual Meeting, McAllen, TX *(Feb. 28, 2020)*

*Medical Malpractice & Personal Injury Update*
    Mesquite Bar Association, Dallas, TX *(Feb. 19, 2020)*

*Personal Injury Litigation Update*, co-author with Andrew Payne
    State Bar of Texas Litigation Update Institute, Austin, TX *(Jan. 30-31, 2020)*

*10 Things Your Appellate Lawyer Wants You to Know About Summary Judgment*
    Texas Trial Lawyers Association Car Wrecks Seminar, Dallas, TX *(Oct. 10, 2019)*
    Capital Area Trial Lawyers Association, Austin, TX *(July 9, 2019)*
    Texas Trial Lawyers Association Car Wrecks Seminar, Houston, TX *(Feb. 21, 2019)*

*Nonparty Medical Discovery in the Wake of In re North Cypress*
    Tarrant County Trial Lawyers Association, Fort Worth, TX *(Jan. 30, 2019)*
    Permian Basin Trial Lawyers Association, Odessa, TX *(June 26, 2019)*

*Workin' 9 to 5: Strategically Navigating Employment & Control Issues in Personal Injury Cases*
    Texas Trial Lawyers Association Midyear Conference, Houston, TX *(June 6, 2019)*

*Stayin' Alive: Overcoming Common Challenges to Chapter 74 Initial Expert Reports*
    TTLA Annual Meeting: Medical Malpractice Breakout Session, Plano, TX *(Dec. 7, 2018)*

*John Howie Award Presentation: State of Texas v. T.S.N.*
    Dallas Trial Lawyers Association, Dallas, TX *(October 18, 2018)*

*In re North Cypress Mandamus Discovery Opinion: The Aftermath*, co-presenter
    Texas Trial Lawyers Association Webinar *(Sept. 26, 2018)*

*We've Seen Worse: 2017-18 Personal Injury Case Law Update*
    South Plains Trial Lawyers Association, Lubbock, TX *(Dec. 19, 2018)*
    El Paso County Trial Lawyers Association, El Paso, TX *(Apr. 19, 2018)*
    Texas Trial Lawyers Association: Advocates, Dallas, TX *(Apr. 12, 2018)*

Permian Basin Trial Lawyers Association, Odessa, TX *(Mar. 28, 2018)*

*Car Wreck Case Law Update: Seatbelts, Tow Trucks, & Cows in the Road*
Texas Trial Lawyers Association Car Wrecks Seminar, Houston, TX *(Mar. 3, 2016)*