**EXHIBIT 6A**

# TIMOTHY B. GARRIGAN
Stuckey & Garrigan Law Offices, PLLC

936/560-6020        P. O. Box 631902, Nacogdoches, TX 75963-1902        tim2@sgclaw.org

---

PROFESSIONAL EXPERIENCE:

My law practice, generally: Over 35 years' as a plaintiffs' civil rights lawyer with the same firm in Nacogdoches, Texas. The vast majority of my work is representing poor and/or working plaintiffs in civil rights lawsuits involving discrimination, free speech, police misconduct, medical benefits, and prisoners' rights, mostly in the United States District Courts in the Eastern District of Texas. Usually I work my cases solo: evaluations, development, pleading, discovery, briefing, trying, and appealing. When appropriate, I do associate and work with other lawyers. Almost all of my fees result from statutory attorney fee shifting provisions.

Clerkships: Law clerk for United States Magistrate Judges Houston Abel and Harry McKee, Eastern District of Texas, 1984-1985.

Professional association memberships: State Bar of Texas, Fifth Circuit Bar Association, Nacogdoches County Bar Association, American Bar Association, National and Texas Employment Lawyers Associations, and the American Association for Justice.

I have been Admitted to practice in: all courts in the State of Texas, the United States Supreme Court, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Eastern, Southern, Northern and Western Districts of Texas.

REPRESENTATIVE CASES INCLUDE:

McKeever et al. v. Wood County, TY-85-475 (class);

Harris, et al. v. Angelina County, L-89-131-CA (class);

Moore, et al. v. Gregg County, 6:93cv313 (class);

Sponsler, et al. v. Griffith, et al., 1:92cv244 (class);

Mitchell, et al. v. Red River County, 3:94cv11 (class);

Shipes, et al., v. Trinity Industries, TY-80-462-CA (class, race);

McClain, et al., v. Lufkin Industries, 9:97cv063 (class, race). [see *McClain v. Lufkin Industries*, 649 F.3d 374, 378, 380 (5th Cir. 2011) acknowledging experience and efforts as class counsel];

Morrow, et al. v. City of Tenaha, et al., 2:08cv288 (class, police misconduct) [see *Morrow v. Washington*, 277 F.R.D. 172, 195 (E.D. Tex. 2011) (class certification, acknowledging competence as class counsel), and; Order of November 15, 2017, awarding fees at rate of $500 per hour];

Pritchard et al. v. S M & P Utility Resources; 2:03cv057 (collective FLSA);

Frew et al. v. Janek, et al.; 3:93cv065 (Medicaid reform) (class, too many reported decisions to list);

Cutler v. Stephen F. Austin State Univ., 2:11-CV-00447 (free speech, employment) [See, *Cutler v. Stephen F. Austin State Univ.*, 767 F.3d 462 (Cir. 2014) (an unreasonable investigation is evidence of pretext)]; and,

Fisher v. Lufkin Industries, Inc., Case No. 2:12-cv-00423-RWS-RSP (employment discrimination, adverse judgment reversed) [See *Fisher v. Lufkin Industries, Inc.*, 847 F.3d 752 (5th Cir. 2017).

Other cases can be identified upon request.


EDUCATION:

        Earlham College
        Bachelor of Arts, 1979

        Northeastern University School of Law
        *Juris Doctor*, 1983