IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| RODNEY MAHAN, JOHN H. HENLEY, III, JOEL BARTON, JR., JOHN RIGGINS, AND JUSTIN SIKES<br>　　*Plaintiffs* | §<br>§<br>§<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. 9:20-CV-00119 |
| THE TEXAS DEPARTMENT OF PUBLIC SAFETY, STEVEN MCCRAW, AND STEVEN MACH<br>　　*Defendants* | §<br>§<br>§<br>§<br>§ | JURY DEMANDED |

**PROPOSED ORDER**

On this day, the Court considered Plaintiffs Rodney Mahan's, Joel Barton, Jr.'s, and John Riggins' Motion for Reasonable Attorney's Fees and Costs. After considering the motion, the response, and the applicable law, the Court FINDS that the motion is meritorious and should be granted. Accordingly, Plaintiffs' motion is GRANTED.

The Court FINDS that Plaintiffs Mahan, Barton, and Riggins are prevailing plaintiffs under the Texas Whistleblower Act and are entitled to recover reasonable and necessary attorney's fees, expenses, and court costs.

Plaintiffs are awarded attorney's fees in the total amount of $253,829.50. Plaintiffs are also awarded $3,000.00 in expenses. The Court FINDS that Plaintiffs' attorney's fees and expenses, in the amount claimed, to be reasonable and necessary.

The Court also notes that Clerk of the Court has taxed court costs in the amount of $12,627.88. Doc. No. 99.

The Court also ORDERS that post-judgment interest shall run on the total amount of attorney's fees, expenses, and court costs—$269,457.38. Post-judgment interest on the total

amount of $269,457.38 shall run from July 20, 2022, until the judgment is satisfied. Post-judgment interest shall accrue at the rate of 5.5%, compounded annually.

In the event of an appeal, the Court ORDERS the following attorney's fees:

- $45,500.00 if an appeal is filed by DPS to the Fifth Circuit (130 hours x $350/hr.);

- $22,750.00 if a petition for writ of certiorari is filed by any party to the Supreme Court (65 hours x $350/hr.); and

- $43,750.00 if full merits briefing is requested by the Supreme Court (125 hours x $350/hr.).

IT IS SO ORDERED.