IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| RODNEY MAHAN, JOHN H. HENLEY, III, JOEL BARTON, JR., AND JOHN RIGGINS, <br> *Plaintiffs*, <br><br> V. <br><br> THE TEXAS DEPARTMENT OF PUBLIC SAFETY, <br> *Defendant.* | § § § § § § § § § § § | CIVIL ACTION NO. 9:20-CV-00119 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER SETTING HEARING

PLEASE BE ADVISED AND TAKE NOTICE that the following motions are set for oral hearing before this Honorable Court on **October 19, 2022 at 9:00 a.m. in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas**:

1. Plaintiffs' Motion to Amend the Court's Final Judgment to Include Equitable Relief / Dkt. 98; and

2. Plaintiffs' Motion for Reasonable Attorney's Fees and Costs / Dkt. 102.

**All attorneys are required to attend in person.**

SIGNED this 4th day of October, 2022.

_____
Michael J. Truncale
United States District Judge